UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RMD HOLDINGS, LTD. | CIVIL ACTION NO. 15-0316 |
| VERSUS | JUDGE ROBERT G. JAMES |
| HD SUPPLY CONSTRUCTION SUPPLY, LTD., ET AL. | MAG. JUDGE CAROL B. WHITEHURST |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 17] filed by Defendants HD Supply Construction Supply, Ltd.; White Cap Construction Supply, Inc.; and HD Supply, Inc. is GRANTED, and Plaintiff RMD Holdings, Ltd.'s claims against all Defendants are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 25TH day of July, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE